**JUDGE BAER**

COZEN O'CONNOR
45 Broadway Atrium
16th Floor
New York, New York 10006-3792
Tel: (212) 509-9400
Fax: (212) 509-9492
DAVID Y. LOH (DL 0460)

Attorneys for Plaintiffs
AIR-CITY, INC. and
AIR-CITY (CHINA) CO., LTD.
(Our File No.: 209893)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK




07 CV 7315

-----------------------------------------------------------X

AIR-CITY, INC. and
AIR-CITY (CHINA) CO., LTD.;

          Plaintiffs,

   -against-

BROOKS FITCH APPAREL GROUP;
BROOKS FITCH APPAREL GROUP,
LLC; BROOKS FITCH HOLDINGS,
LLC and ELI SAFDIEH;

          Defendants.

-----------------------------------------------------------X

07 Civ.    (    )

**VERIFIED COMPLAINT**

     Plaintiffs AIR-CITY, INC. and AIR-CITY (CHINA) CO., LTD., by their attorneys, COZEN O'CONNOR, allege upon information and belief, as follows:

     1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, *et seq.*

2. At all times hereinafter mentioned, plaintiff AIR-CITY, INC. was and still is a New York corporation with a principal place of business located at 153-63 Rockaway Blvd., Jamaica, New York 11434.

3. At all times hereinafter, plaintiff AIR-CITY (CHINA) CO., LTD. is a foreign corporation organized under the laws of the People's Republic of China, with a principal place of business located at Rm. 803, Mingshi Fortune Center, No. 20A Gangwan Street, Zhongshan District, Dalian, PRC, PC 116001.

4. At all times hereinafter mentioned, Defendants had and now have the legal status and offices and places of business stated in Schedule "A."

5. On or about the dates and at the port of destination stated in Schedule "B," defendants hired plaintiffs to deliver to Defendants the shipments described in Schedule "B" then being in good order and condition, and Defendants then and there accepted said shipments so delivered to them, and in consideration of certain agreed charges thereupon paid or agreed to be paid, agreed to transport, store and retain the said shipments to the port of destination stated in Schedule "B," and there deliver the same in like good order and condition as when shipped, delivered to and received by them, to the consignees named in Schedule "B."

6. Thereafter, at the port of destination, defendants accepted delivery of the shipments, and acknowledged receipt in good order and condition.

7. Plaintiffs have performed all acts required to be performed by plaintiffs.

8. Defendants have failed and refused and continue to fail and refuse to remit payment of $45,743.40.

9. By reason of the foregoing, plaintiffs have sustained damages in the amount of $45,743.40 which, although duly demanded, has not been paid.

**WHEREFORE,** Plaintiffs request:

1. That process in due form of law may issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

2. That if Defendants cannot be found within this District, then all their property within this District as shall be described in Schedule "B," be attached in the sum of $45,743.40, with interest thereon and costs, the sum sued for in this Complaint;

3. That Judgment may be entered in favor of Plaintiffs against Defendants for the amount of Plaintiffs' damages, together with interest and costs and the disbursements of this action;

4. That process in due form of law according to the practice of this Court may issue against the said Defendants, and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that this Court will be pleased to pronounce judgment in favor of Plaintiffs for their damages as aforesaid, with interest, costs and disbursements, and that the said vessels may be condemned and sold to pay therefor; and

5. That this Court will grant to Plaintiffs such other and further relief as may be just and proper.

Dated: New York, New York
      August 10, 2007

                        COZEN O'CONNOR
                        Attorneys for Plaintiffs
                        Air-City, Inc. and Air-City (China) Co., Ltd.

By: _____
                        David Y. Loh (DL 0460)
                        45 Broadway Atrium - 16th Floor
                        New York, New York 10006-3792
                        Tel: (212) 509-9400
                        Fax: (212) 509-9492
                        File No.: 209893

# SCHEDULE A

**Defendants' Legal Status and**
**Office and Place of Business:**

Defendant, BROOKS FITCH APPAREL GROUP, was and now is a corporation or otherwise entity organized and existing under and by the virtue of the laws of New York, and is registered to do business in the State of New York, with a principal office and place of business located at 1370 Broadway, Suite 1200, New York, New York 10018.

Defendant, BROOKS FITCH APPAREL GROUP, LLC, was and now is a corporation or otherwise entity organized and existing under and by the virtue of the laws of New York, and is registered to do business in the State of New York, with a principal office and place of business located at 1370 Broadway, Suite 1100, New York, New York 10018.

Defendant, BROOK FITCH HOLDINGS, LLC was and now is a corporation or otherwise entity organized and existing under and by the virtue of the laws of New York, with a principal office and place of business located at 1370 Broadway, Suite 1200, New York, New York 10018.

Defendant, ELI SAFDIEH, at all relevant times, is an individual who resides at 1370 Broadway, Suite 1200, New York, New York 10018.

## **SCHEDULE B**

### I. PARTICULARS

A.     Bill of Lading No. ABL016177 dated January 17, 2007 from Yantian, China to Los Angeles, California on Motor Vessel COSCO SHENZHEN, one (1) container No. UXXU4292362 said to contain 3333 cartons of wearing apparel, annexed hereto as Exh. "B".

B.     Bill of Lading No. ACTAO07011 dated January 10, 2007 from Qingdao, China to Long Beach, California on Motor Vessel NORTHERN DIVINITY, one (1) container No. NYKU8276340 said to contain 1200 cartons of wearing apparel, annexed hereto as Exh. "C".

C.     Bill of Lading No. ACTAO07053 dated January 30, 2007 from Qingdao, China to Long Beach, California on Motor Vessel HANSA AFRICA, one (1) container No. NYKU6319340 said to contain 1185 cartons of wearing apparel, annexed hereto as Exh. "D".

D.     Bill of Lading No. ABL016410 dated February 5, 2007 from Yantian, China to Los Angeles, California on Motor Vessel COSCO LONG BEACH, one (1) container no. GVCU2053429 said to contain 1035 cartons of wearing apparel, annexed hereto as Exh. "E".

E.     Bill of Lading No. DAL0702038 dated February 4, 2007 from Dalian, China to Los Angeles, California on Motor Vessel XIN NING BO, one (1) container No. CCLU4390017 said to contain 1000 cartons of wearing apparel, annexed hereto as Exh. "F".

F.     Bill of Lading No. ACTAO07081 dated February 18, 2007 from Qingdao, China to Long Beach, California, one (1) container no. TRIU5726160 said to contain 2400 cartons of wearing apparel, annexed hereto as Exh. "G".

G.     Bill of Lading No. ACYFDAL0702042 dated February 11, 2007 from Dalian, China to New York, New York on Motor Vessel QI YUN HE, two (2) containers No. TGHU4575654 and TRLU6147758, said to contain 3452 cartons of wearing apparel, annexed hereto as Exh. "H".

H.     Bill of Lading No. ACGZ0701092 dated February 16, 2007 from Yantian, China to New York, New York on Motor Vessel CSCL SYDNEY, two (2) containers No. CCLU9928867 and CCLU9926756 said to contain 3000 cartons, annexed hereto as Exh. "I".

I.     Bill of Lading No. ACGZ0702085B dated March 8, 2007 from Yantian, China to Los Angeles, California on Motor Vessel CMA CGM HUGO, one (1) container No. MEDU1527771 said to contain 800 cartons of wearing apparel, annexed hereto as Exh. "J".

J.     Bill of Lading No. ACGZ0702085C dated March 8, 2007 from Yantian, China to Los Angeles, California on Motor Vessel CMA CGM HUGO, one (1) container No. TPHU4632135 said to contain 2400 cartons of wearing apparel, annexed hereto as Exh. "K".

K.     Bill of Lading No. ACGZ0702085D dated March 8, 2007 from Yantian, China to Los Angeles, California on Motor Vessel CMACGM HUGO, one (1) container No. PRSU4077247 said to contain 2000 cartons of wearing apparel, annexed hereto as Exh. "L".

L.     Bill of Lading No. ACGZ0702085A dated March 8, 2007 from Yantian, China to Los Angeles, California on Motor Vessel CMA CGM HUGO, one (1) container No. ICSU1891063 said to contain 2400 cartons of wearing apparel, annexed hereto as Exh. "M".

M.     Bill of Lading No. ACGZ0703006A dated March 16, 2007 from Yantian, China to Los Angeles, California on Motor Vessel MSC KENYA, one (1) container No. GATU0800701 said to contain 800 cartons of wearing apparel, annexed hereto as Exh. "N".

N.     Bill of Lading No. ACGZ0703023 dated March 12, 2007 from Yantian, China to Los Angeles, California on Motor Vessel MOL PARTNER, one (1) container said to contain 550 cartons of wearing apparel, annexed hereto as Exhibit "O".

II. TOTAL AMOUNT DUE: $45,743.40, see breakdown annexed hereto as Exhibit "A".

## VERIFICATION

STATE OF NEW YORK      )
                       : S.S.:
COUNTY OF QUEENS       )

RONNIE SHUM, being duly sworn, deposes and says:

That he is the president of AIR-CITY, INC. and is familiar with all of the facts and circumstances leading up to the dispute herein.

That he has read the foregoing Verified Complaint and knows the contents thereof and that the same is true to his own knowledge, except as to the matters therein stated to be alleged on information and belief and as to those matters, he believes them to be true.

Deponent further says that the sources of his information and the grounds for his belief as to all matters therein stated to be alleged on information and belief, are derived from documents, records, correspondence and memoranda of Plaintiff concerning the matters set forth in the Verified Complaint in the possession of deponent.

_____
Ronnie Shum

Sworn to before me this 14th day of August, 2007

_____
Notary Public

DAVID Y. LOH
Notary Public, State of New York
No. 02LO5032124
Qualified in New York County
Commission Expires Aug. 22, ____
Oct. 1, 2010

NEWYORK\249015\1 209893.000

8

# EXHIBIT "A"

# STATEMENT

Air City Inc.
153-63 Rockaway Blvd
Jamaica NY   11434

(718) 949-2900 Ext. 0000

| Date | 7/23/2007 |
|---|---|
| Account | BROOK |
| Amount Paid | |

BROOK FITCH APPAREL GROUP
ELI SAFDIEH
1370 BROADWAY
12TH FLR
NEW YORK NY   10018
(212) 971-4681 Ext. 0000

Payment Terms:

Deposits Received:    $0.00

^Please return this portion with your payment^

| Document No. | Date | Code | Description | PAWO # | Amount | Balance |
|---|---|---|---|---|---|---|
| V022289 | 1/22/2007 | SLS | AC-00018329 | ABL016177 | $2,200.00 | $2,200.00 |
| V022403 | 1/23/2007 | SLS | AC-00018390 | ACTAO07011 | $2,400.00 | $4,600.00 |
| V023080 | 2/6/2007 | SLS | AC-00018941 | ACTAO07053 | $2,300.00 | $6,900.00 |
| V023515 | 2/13/2007 | SLS | AC-00019275 | ABL016410 | $1,700.00 | $8,600.00 |
| V023613 | 2/15/2007 | SLS | AC-00019356 | DAL0702038 | $2,050.00 | $10,650.00 |
| V023976 | 2/27/2007 | SLS | AC-00019629 | ACTAO07081 | $4,600.00 | $15,250.00 |
| V024101 | 3/1/2007 | SLS | AC-00019734 | ACYFDAL0702042 | $9,300.00 | $24,550.00 |
| V024221 | 3/6/2007 | SLS | AC-00019827 | ACGZ0701092 | $9,750.00 | $34,300.00 |
| V024467 | 3/13/2007 | SLS | AC-00019980 | ACGZ0702085B | $1,700.00 | $36,000.00 |
| V024468 | 3/13/2007 | SLS | AC-00019982 | ACGZ0702085C | $2,200.00 | $38,200.00 |
| V024469 | 3/13/2007 | SLS | AC-00019983 | ACGZ0702085D | $2,200.00 | $40,400.00 |
| V024466 | 3/13/2007 | SLS | AC-00019979 | ACGZ0702085A | $2,200.00 | $42,600.00 |
| V024700 | 3/20/2007 | SLS | AC-00020193 | ACGZ0703023 | $478.40 | $43,078.40 |
| V025204 | 4/2/2007 | SLS | AC-00020593 | ACGZ0703006 | $2,665.00 | $45,743.40 |

Amount Due:    $45,743.40

| Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | | | |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $45,743.40 | $0.00 | $0.00 | $0.00 |

Codes:  SLS = Sales / Invoices          FIN = Finance Charges          CR = Credit Memos
        SCH = Scheduled Payments        SVC = Service / Repairs         RTN = Returns

# EXHIBIT "B"

# COPY                    AIR CITY INC.                    BILL OF LADING

| Shipper/Exporter | Booking No. | B/L No. |
|---|---|---|
| PERA COMPANY O/B<br>FOSHAN SHENGDA ECONOMY COMMERCE<br>LTD. 6/F., NO. 1 NEW PUJAN ROAD<br>FOSHAN, GUANGDONG<br>CHINA | 070111LAX0010 | ABL016177 |

Export References: ~~AMBNOAGY#ABL016177~~

| Consignee | Forwarding Agent References |
|---|---|
| TO THE ORDER OF<br>SHIPPER | AIR-CITY INC<br>153-63 ROCKAWAY BLVD., SUITE 200,<br>JAMAICA, NEW YORK 11434, U.S.A.<br>TEL.: 718-949-2900 |

| Notify Party | Domestic Routing/Export Instructions |
|---|---|
| BROOKS FITCH APPAREL GROUP<br>1370 BROADWAY SUITE 1100<br>NEW YORK, N.Y. 10018, USA<br>TEL: (212) 239-1536 | |

Place of Receipt: YANTIAN

| Exporting Carrier (Vessel) | Port of Loading | Onward Inland Routing |
|---|---|---|
| COSCO SHENZHEN 025E | YANTIAN | |
| Port of Discharge | Place of Delivery | |
| LONG BEACH | LOS ANGELES | |

**Particulars Furnished By Shipper**

| Marks and Numbers | No. of Pkgs. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| | 3333 CARTONS | FREIGHT COLLECT CY/CY<br>SHIPPER'S LOAD & COUNT & SEALED | XXXXXXXX | XXXXXXX |
| UXXU4292362 / T00228<br>** ALL DETAILS AS PER ATTACHED LIST ** | | (40'x8'6" CY/CY XXXXXXXXXXXXXXXX)<br>3333 CARTONS / 7382 KGS / 57 CBM) | 7382 KGS | 57 CBM |

TOTAL ONE (1 X 40') CONTAINER ONLY

Subject further to the conditions of the vessel's Bill of Lading covering this shipment.
These commodities licensed by U.S. for ultimate destination.

Diversion contrary to U.S. law prohibited

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF.
RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods, except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed THREE Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.

Place & Date of Issue: HONG KONG 17 JAN. 2007
Loaded on Board: YANTIAN 17 JAN. 2007

| Freight Charged On | Rate | Per | Freight |
|---|---|---|---|
| AS ARRANGED | | | |
| | | Tolls or Wharfage | |
| | | Handling | |
| Freight Payable | | | $ |

Remarks:
- All business transactions of our Company are subject to the Standard Trading Conditions which are available upon request.