# EXHIBIT "C"

Case 1:07-cv-07315-HB   Document 1-2   Filed 08/16/2007   Page 1 of 12

# ORIGINAL     AIR CITY INC.     BILL OF LADIN

| Shipper | B/L No. |
|---|---|
| SHANDONG TEXTILES IMP AND EXP. <br> QINGDAO HUARUI TRADE CO. <br> 52, XIANGGANG ZHONG ROAD <br> QINGDAO, CHINA | NYK851...    ACTAO07011 <br> Export References |
| **Consignee** <br> TO THE ORDER OF BANK LEUMI USA | **Forwarding Agent** <br> AIR CITY INC. <br> 153-63 ROCKAWAY BOULEVARD, JAMAICA <br> NEW YORK 11434 USA <br> TEL:718-9...-...  FAX:718-...-2007 |
| **Notify Party** <br> BROOKS FITCH APPAREL GROUP, <br> 1370 BROADWAY, SUITE 1100, <br> NEW YORK, NY 10018, USA | **Domestic Routing/Export Instructions** |
| **Place of Receipt** | |
| **Exporting Carrier (Vessel)** <br> NORTHERN DIVINITY  V.014E | **Port of Loading** <br> QINGDAO, CHINA | **Onward Inland Routing** |
| **Port of Discharge** <br> LONG BEACH, CA | **Place of Delivery** <br> LONG BEACH, CA | |

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BROOKS FITCH <br> APPAREL LLC. (IN DIA) <br> STYLE: <br> P/O NO: <br> LABEL: <br> SIZE: <br> QUANTITY: 12 PCS <br> DESTINATION: <br> MADE IN CHINA <br> CARTON NO: OF <br><br> CONTAINER#/SEAL#: <br> NYKU8276340/CN5059986 <br> MANIFEST HB/L#:ACYFACTAO07011 | 1200 <br> CTNS | SHIPPER'S LOAD AND COUNT AND SEAL <br> (CY-CY) <br> NEW BORN INFANT APPAREL <br> L/C NO: N10073735 <br> L/C OPENING BANK: BANK LEUMI USA NEW YORK, NY US <br> THIS SHIPMENT CONTAINS NO WOOD <br> PACKAGING MATERIAL. <br><br> 1X40GP <br> FREIGHT COLLECT <br> SAY:ONE THOUSAND TWO HUNDRED CARTONS ONLY. | 6000.00 <br> KGS | 52.20 <br> CBM |

**SHIPPED ON BOARD**
**10 JAN 2007**

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREOF SET FORTH ON BOTH SIDES HEREOF. RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods, except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed THREE Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.

Place & Date of issue    QINGDAO, CHINA <br>
Loaded on Board    JAN 10, 2007

For and on behalf of <br>
AIR-CITY (CHINA) CO., LTD. QINGDAO BRA... <br>
*Authorized Signature(s)* <br>
AS AGENT FOR THE CARRIER

**Remarks:** All business transactions of our Company are subject to the Standard Trading Conditions which are available upon request.

# EXHIBIT "D"

| ORIGINAL | **AIR CITY INC.** | BILL OF LADIN |

| Shipper | | |
|---|---|---|
| SHANDONG TEXTILES IMP AND EXP. | NYKS451160996 | ACTAO07053 |
| QINGDAO HUARUI TRADE CO. | | |
| 52, XIANGGANG ZHONG ROAD | Export References | |
| QINGDAO, CHINA | | |

| Consignee | Forwarding Agent References |
|---|---|
| TO THE ORDER OF BANK LEUMI USA | AIR CITY INC. |
| | 153-63, ROCKAWAY BOULEVARD, JAMAICA |
| | NEW YORK 11434, USA |
| | TEL: 718-949-2900  FAX: 718-949-2907 |

| Notify Party | Domestic Routing/Export Instructions |
|---|---|
| BROOKS FITCH APPAREL GROUP, | |
| 1370 BROADWAY, SUITE 1100, | |
| NEW YORK, NY 10018, USA | |

| Place of Receipt | | | |
|---|---|---|---|
| Exporting Carrier (Vessel) | Port of Loading | Onward Inland Routing | |
| HANSA AFRICA  V.016E | QINGDAO, CHINA | | |
| Port of Discharge | Place of Delivery | | |
| LONG BEACH, CA | LONG BEACH, CA | | |

**Particulars Furnished By Shipper**

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BROOKS FITCH | 1185 | SHIPPER'S LOAD AND COUNT AND SEAL | 5925.00 | 48.50 |
| APPAREL LLC. (INDIA) | CTNS | (CY-CY) | KGS | CBM |
| STYLE: | | NEW BORN, INFANT APPAREL | | |
| P/O NO.: | | L/C NO.: N10075735 | | |
| LABEL: | | L/C OPENING BANK: BANK LEUMI USA NEW YORK, NY US | | |
| SIZE: | | THIS SHIPMENT CONTAINS NO WOOD | | |
| QUANTITY: 12 PCS | | PACKAGING MATERIAL. | | |
| DESTINATION: | | | | |
| MADE IN CHINA | | 1X40'GP | | |
| CARTON NO: OF | | FREIGHT COLLECT | | |
| | | SAY: ONE THOUSAND ONE HUNDRED | | |
| CONTAINER#/SEAL#: | | AND EIGHTY-FIVE CARTONS ONLY. | | |
| NYKU6319340/CN5021836 | | | | |
| MANIFEST HB/L#: ACYFACTAO07053 | | | | |

**SHIPPED ON BOARD**
**30 JAN 2007**

Subject further to the conditions of the vessel's Bill of Lading covering this shipment.
These commodities licensed by U.S. for ultimate destination.

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF. RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed THREE Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.

| Freight Charges On | Rate | Per | Freight |
|---|---|---|---|
| | | | |

For and on behalf of
AIR CITY (CHINA) CO., LTD. QINGDAO BRANCH

*Authorized Signature(s)*

**AS AGENT FOR THE CARRIER**

Place & Date of Issue:  QINGDAO, CHINA
Loaded on Board:  JAN 30, 2007

Tons or Whrfage
Hatching
Freight Payable
Remarks:

# EXHIBIT "E"

# COPY     AIR CITY INC.     BILL OF LADING

| Shipper/Exporter | Booking No. | B/L No. |
|---|---|---|
| PI RA COMPANY O/B<br>FOSHAN SHENGDA ECONOMY COMMERCE LTD. 6/F., NO. 1 NEW PULAN ROAD<br>FOSHAN, GUANGDONG, CHINA | 0701291LAX0024 | ABL016410 |

**Export References**

| Consignee | Forwarding Agent-References |
|---|---|
| TO THE ORDER OF SHIPPER | AIR-CITY INC<br>153-63 ROCKAWAY BLVD., SUITE 200,<br>JAMAICA, NEW YORK 11434, U.S.A.<br>TEL: 718-949-2900 |

| Notify Party | Domestic Routing/Export Instructions |
|---|---|
| BROOKS FITCH APPAREL GROUP<br>1370 BROADWAY SUITE 1100<br>NEW YORK, N.Y. 10018, USA<br>TEL: (212) 239-1536 | |

**Place of Receipt:** YANTIAN
**Exporting Carrier (Vessel):** COSCO LONG BEACH 027E
**Port of Loading:** YANTIAN
**Onward Inland Routing:**
**Port of Discharge:** LONG BEACH
**Place of Delivery:** LOS ANGELES

### Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| | 1035 CARTONS | FREIGHT COLLECT CY/CY<br>SHIPPER'S LOAD & COUNT & SEALED | 2265.00 KGS | 18.000 CBM |
| GVCU2053429 / S91284<br>** ALL DETAILS AS PER ATTACHED LIST ** | | ( 20'x8'6" CY/CY 1035 CARTONS / 2265 KGS / 18 CBM) | | |

TOTAL ONE (1 X 20') CONTAINER ONLY

Subject further to the conditions of the vessel's Bill of Lading covering this shipment.
These commodities licensed by U.S. for ultimate destination

Diversion contrary to U.S. law prohibited

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF.
RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods, except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed THREE Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.

Place & Date of Issue: HONG KONG 05 FEB 2007
Loaded on Board: YANTIAN 05 FEB, 2007

| Freight Charged On | Rate | Per | Freight |
|---|---|---|---|
| AS ARRANGED | @ | $ | |
| Tolls or Wharfage | | | |
| Handling | | | |
| Freight Payable | | | $ |

**Remarks:**
- All business transactions of our Company are subject to the Standard Trading Conditions which are available upon request.

# EXHIBIT "F"



# AIR-CITY (CHINA) CO., LTD.   BILL OF LADING

| Shipper/Exporter | Booking No | B/L No |
|---|---|---|
| ANSHAN SHUNFENG CLOTHING CO., LTD.<br>59 ERLI DAXI AVENUE TIEXI DISTRICT,<br>ANSHAN CITY LIAONING, CHINA | DLLAX3GU029 | DAL0702038 |

**Export References**

**Consignee**
BROOKS FITCH APPAREL GROUP,
1370 BROADWAY SUITE 1100, NEW YORK, NY 10018, USA

**Forwarding Agent-References**

**Notify Party**
BROOKS FITCH APPAREL GROUP,
1370 BROADWAY SUITE 1100, NEW YORK, NY 10018, USA

**Domestic Routing/Export Instructions**
AIR-CITY INC.,
153-63, ROCKAWAY
BOULEVARD, JAMAICA, NEW YORK 11434, U.S.A.
TEL:1-718-9492900 FAX:1-718-9492907
CTC:IRENE

**Place of Receipt**

**Exporting Carrier (Vessel)**: XIN NING BO 0083W
**Port of Loading**: DALIAN
**Onward Inland Routing**

**Port of Discharge**: LOS ANGELES
**Place of Delivery**:

## Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BROOKS FITCH APPAREL LLC. | 1000 CTNS | SHIPPER'S LOAD COUNT AND SEAL<br><br>NEWBORN AND INFANT APPAREL<br><br>THIS SHIPMENTS CONTAINS NO SOLID WOOD PACKING MATERIALS<br><br>SHIPPED ON BOARD<br><br>4 FEB 2007 | 4000KGS | 32.64CBM |
| 40'CCLU4390017 E08722 CY/CY | | FREIGHT COLLECT | | |

SAY: ONE THOUSAND CTNS ONLY.
Subject further to the conditions of the vessel's Bill of Loading covering this shipment.
These commodities licensed by U.S for ultimate destination.

Diversion contrary to U.S. law prohibited

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF.

RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods, except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void

THREE

Place & Date of Issue _____
Loaded on Board
DALIAN 4 FEB 2007

This B/L for NVOCC carriage has registered with the M.O.C. of the P.R.C., and published on website: www.moc.gov.cn and www.chineseshipping.com.cn
**Registry NO.** MOC-NV 00426

| Freight Charged On | Rate | Per | Freight |
|---|---|---|---|
| | For and on behalf of<br>AIR-CITY (CHINA) CO., LTD. DALIAN BRANCH | | $ |
| **THE CARRIER:** | | | |
| Tolls or Wharfage | *Authorized Signature(s)* | | |
| Handing | | | |
| Freight Payable | | | $ |

**Remarks:**
All business transactions of our Company are subject to the Standard Trading Conditions which are available upon request.

# EXHIBIT "G"

Case 1:07-cv-07315-HB   Document 1-2   Filed 08/16/2007   Page 9 of 12

# ORIGINAL                      AIR CITY INC.                      BILL OF LADING

| Shipper | Booking No. | B/L No. |
|---|---|---|
| SHANDONG TEXTILES IMP AND EXP. QINGDAO HUARUI TRADE CO. 52, XIANGGANG ZHONG ROAD QINGDAO, CHINA | NYKS451161436 | ACTAQ07081 |

**Consignee**
TO THE ORDER OF BANK LEUMI USA

**Forwarding Agent References**
AIR CITY INC.
153-63 ROCKAWAY BOULEVARD, JAMAICA
NEW YORK 11434, USA
TEL. 718-949-2900  FAX. 718-949-2907

**Notify Party**
BROOKS FITCH APPAREL GROUP,
1370 BROADWAY, SUITE 1100,
NEW YORK, NY 10018, USA

| Exporting Carrier (Vessel) | Port of Loading |
|---|---|
| KITANO  V.009E | QINGDAO, CHINA |

| Port of Discharge | Place of Delivery |
|---|---|
| LONG BEACH, CA | LONG BEACH, CA |

**Particulars Furnished By Shipper**

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BROOKS FITCH APPAREL LLC. (IN DIA) STYLE P/O NO: LABEL: SIZE: QUANTITY: 12 PCS DESTINATION: MADE IN CHINA CARTON NO OF CONTAINER#/SEAL#: TRIU5726160/CN5050165 TTNU4685971/CN5050164 MANIFEST HB/L# ACYFACTAQ07081 | 2400 CTNS | SHIPPER'S LOAD AND COUNT AND SEAL (CY-CY) NEW BORN INFANT APPAREL L/C NO: N10075735 L/C OPENING BANK: BANK LEUMI USA NEW YORK, NY US THIS SHIPMENT CONTAINS NO WOOD PACKAGING MATERIAL. 2X40'GP FREIGHT COLLECT SAY TWO THOUSAND FOUR HUNDRED CARTONS ONLY. | 12000.00 KGS | 98.40 CBM |

**SHIPPED ON BOARD 18 FEB 2007**

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF. RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed THREE Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.

Place & Date of Issue: QINGDAO, CHINA
Loaded on Board: FEB 18 2007

For and on behalf of
AIR CITY (XIAMEN) FREIGHT INTERNATIONAL CO. LTD QINGDAO BRANCH

Authorized Signature(s)
AS AGENT FOR THE CARRIER

# EXHIBIT "H"



# AIR-CITY (CHINA) CO., LTD.   BILL OF LADING

| Shipper/Exporter | Booking No | B/L No |
|---|---|---|
| ANSHAN SHUNFENG CLOTHING CO., LTD.<br>59 ERLI DAXI AVENUE TIEXI DISTRICT,<br>ANSHAN CITY LIAONING, CHINA | DLC7DC10009 | ACYFDAL0702042 |
| | Export References | |
| | CARRIER OB/L#HJSCDLCA02567105 | |

| Consignee | Forwarding Agent-References |
|---|---|
| BROOKS FITCH APPAREL GROUP,<br>1370 BROADWAY SUITE 1100, NEW YORK, NY 10018, USA | |

| Notify Party | Domestic Routing/Export Instructions |
|---|---|
| BROOKS FITCH APPAREL GROUP,<br>1370 BROADWAY SUITE 1100, NEW YORK, NY 10018, USA | AIR-CITY INC.,<br>153-63, ROCKAWAY<br>BOULEVARD, JAMAICA, NEW YORK 11434, U.S.A.<br>TEL:1-718-9492900 FAX:1-718-9492907<br>CTC:IRENE |

| Place of Receipt | | | |
|---|---|---|---|
| Exporting Carrier (Vessel) | Port of Loading | Onward Inland Routing | |
| QI YUN HE 0504E | DALIAN | | |
| Port of Discharge | Place of Delivery | | |
| NEW YORK | NEW YORK | | |

### Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| BROOKS FITCH<br>APPAREL LLC. | 3452 CTNS | SHIPPER'S LOAD COUNT AND SEAL<br><br>NEWBORN AND INFANT APPAREL<br><br>THIS SHIPMENTS CONTAINS NO SOLID WOOD PACKING MATERIALS<br>SHIPPED ON BOARD<br><br>11 FEB 2007 | 13808KGS | 112.68CBM |

40' TGHU4575654 CH1466545 CY/CY
40' TRLU6147758 CH1466546 CY/CY

FREIGHT COLLECT

SAY: THREE THOUSAND FOUR HUNDRED AND FIFTY-TWO CTNS ONLY.
Subject further to the conditions of the vessel's Bill of Loading covering this shipment
These commodities licensed by U.S. for ultimate destination

Diversion contrary to U.S. law prohibited

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF.

RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and conditions unless otherwise indicated to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned of the goods, except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute as against the carrier, any part of the carrier's description of the goods but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void

THREE

Place & Date of Issue
Loaded on Board
DALIAN 11 FEB 2007

| Freight Charged On | Rate | Per | Freight |
|---|---|---|---|
| | For and on behalf of<br>(CHINA) CO., LTD. DALIAN BRANCH | | |
| THE CARRIER: | Authorized Signature(s) | | |
| Tolls or Wharfage | | | |
| Handling | | | |
| Freight Payable | | | $ |

This B/L for NVOCC carriage has registered with the M.O.C. of the P.R.C., and published on website: www.moc.gov.cn and www.chineseshipping.com.cn
**Registry NO.** MOC-NV 00426

**Remarks:**
All business transactions of our Company are subject to the Standard Trading Conditions which are available upon request.