# EXHIBIT "I"

# COPY  AIR CITY INC.  BILL OF L

**Shipper/Exporter:**
C & W PROSPERITY KNITTING GARMENT FACTORY LTD
BLK C, PHASE 1, 20/F., VIGOR INDUSTRIAL BUILDING.,
49-53 TA CHUEN PING ST., KWAI CHUNG., HONG KONG

**Booking No.** **B/L No.** ACGZ0701092

**Consignee:**
BANK LEUMI USA

**Forwarding Agent References:**
AIR-CITY INC.,
153-63 ROCKAWAY BOULEVARD,
JAMAICA, NY 11434, U.S.A.
C/C: IRENE
TEL: 1-718-949-2900  FAX: 1-718-949-2907

**Notify Party:**
BROOKS FITCH APPAREL GROUP LLC
1370 BROADWAY STE. 1200
NEW YORK, NY 10018 USA

**Place of Receipt:**

**Exporting Carrier (Vessel):** CSCL SYDNEY VPX319E
**Port of Loading:** YANTIAN
**Port of Discharge:** NEW YORK, NY
**Place of Delivery:** NEW YORK, NY

**Particulars Furnished By Shipper**

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 2×45' (FCL) S.T.C. (CY/CY) SHIPPER'S LOAD, COUNT & SEAL. | |
| KMART P.O. CW-3009/06 STYLE NO. QTY : 1 DOZ MADE IN CHINA C/NO. | 3000CTNS | UNDER L/C NO. N10076733 NEW BORN AND INFANT APPARELS SEE AS ATTACHMENT | 19500.000KGS 134.000CBM |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

45'/CCLU9928867/FT92589/1500CTNS/9750.000KGS/67.000CBM
45'/CCLU9926756/FT92401/1500CTNS/9750.000KGS/67.000CBM

SAY TOTAL TWO FORTY-FIVE FT. CONTAINER ONLY.

FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREOF SET FORTH ON BOTH SIDES HEREOF. RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condition otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars not mentioned except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods hereof, but shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.
FEB. 16, 2007

**Place & Date of Issue:** FEB. 16, 2007
**Loaded on Board**

# EXHIBIT "J"

Case 1:07-cv-07315-HB    Document 1-3    Filed 08/16/2007    Page 3 of 7

# COPY  AIR CITY INC.  BILL OF L

**B/L NO.** ACGZ0702085B

**Shipper/Exporter:**
NANHAI ARTS AND CRAFTS I/E CO LTD OF GUANGDONG
NO 26 SOUTH 3RD GUICHENG DISTRICT, NANHAI
GUANGDONG, CHINA

**Consignee:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Forwarding Agent References:**
AIR-CITY INC.,
153-63 ROCKA WAY BOULEVARD,
JAMAICA, NY 11434, U.S.A.
C/C: IRENE
TEL: 1-718-949-2900  FAX: 1-718-949-2907

**Notify Party:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Exporting Carrier (Vessel):** CMA CGM HUGO V. TX323E
**Port of Loading:** YANTIAN CHINA
**Port of Discharge:** LOS ANGELES, U.S.A.
**Place of Delivery:** LOS ANGELES, U.S.A.

### Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 1×20' (FCL) S.T.C (CY/CY) SHIPPER'S LOAD, COUNT & SEAL. | |
| BROOKS FITCH STYLE NO. LOS ANGELES MADE IN CHINA C/NO. 1-UP | 800 CARTONS | NEWBORN AND INFANT APPAREL | 1800.000KGS 13.930CBM |

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

20'/MEDU1527771/4105265

SAY TOTAL ONE TWENTY FT. CONTAINER ONLY.

FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HER...
RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condi...
otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned...
except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods, which shall be deemed only representations of the shipper except as they be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed ___ Bills of Lading, all of this tenor and date one of which being accomplished the others to stand void.

GUANGZHOU, MAR. 8, 2007

**Place & Date of Issue:** MAR. 8, 2007
**Loaded on Board**

# EXHIBIT "K"

# COPY     AIR CITY INC.     BILL OF L

| Shipper/Exporter | Booking No. | B/L No. ACGZ0702085C |
|---|---|---|
| NANHAI ARTS AND CRAFTS I/E CO LTD OF GUANGDONG<br>NO 26 SOUTH 3RD GUICHENG DISTRICT, NANHAI<br>GUANGDONG, CHINA | | |

| Consignee | Forwarding Agent References |
|---|---|
| BROOKS FITCH APPAREL GROUP LLC.,<br>1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA | AIR-CITY INC.,<br>153-63 ROCKAWAY BOULEVARD,<br>JAMAICA, NY 11434, U.S.A.<br>CIC: IRENE<br>TEL: 1-718-949-2900  FAX: 1-718-949-2907 |

| Notify Party | Domestic Routing/Export Instructions |
|---|---|
| BROOKS FITCH APPAREL GROUP LLC.,<br>1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA | |

| Place of Receipt | | | |
|---|---|---|---|
| Exporting Carrier (Vessel)<br>CMA CGM HUGO V. TX323E | Port of Loading<br>YANTIAN CHINA | Onward Inland Routing | |
| Port of Discharge<br>LOS ANGELES, U.S.A. | Place of Delivery<br>LOS ANGELES, U.S.A. | | |

### Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 1X40' (FCL) S.T.C (CY/CY)<br>SHIPPER'S LOAD, COUNT & SEAL. | |
| BROOKS FITCH<br>STYLE NO.<br>LOS ANGELES<br>MADE IN CHINA<br>C/NO. 1-UP | 2400 CARTONS | NEWBORN AND INFANT APPAREL<br><br>THIS SHIPMENT CONTAINS NO SOLID WOOD<br>PACKING MATERIALS | 4080.000KGS  29.320CBM |

40'/TPHU4632135/4170111

SAY TOTAL ONE FORTY FT. CONTAINER ONLY.     FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES...
RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condition otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not be binding as against the carrier, any part of the carrier's description of the goods hereby be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished, the others to stand void.
GUANGZHOU, MAR. 8, 2007

Place & Date of Issue: MAR. 8, 2007
Loaded on Board

# EXHIBIT "L"