# COPY     AIR CITY INC.     BILL OF L

**Shipper/Exporter:**
NANHAI ARTS AND CRAFTS I/E CO LTD OF GUANGDONG
NO 26 SOUTH 3RD GUICHENG DISTRICT, NANHAI
GUANGDONG, CHINA

**Booking No.**     **B/L No.** AGCZ0702085D

**Consignee:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Forwarding Agent References:**
AIR-CITY INC.,
153-63 ROCKAWAY BOULEVARD,
JAMAICA, NY 11434, U.S.A.
C/C: IRENE
TEL: 1-718-949-2900  FAX: 1-718-949-2907

**Notify Party:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Place of Receipt:**

**Exporting Carrier (Vessel):** CMA CGM HUGO V. TX323E
**Port of Loading:** YANTIAN CHINA
**Port of Discharge:** LOS ANGELES, U.S.A.
**Place of Delivery:** LOS ANGELES, U.S.A.

## Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 1×40' (FCL) S.T.C (CY/CY) SHIPPER'S LOAD, COUNT & SEAL. | |
| BROOKS FITCH STYLE NO. LOS ANGELES MADE IN CHINA C/NO. 1-UP | 2000 CARTONS | NEWBORN AND INFANT APPAREL | 3500.000KGS 26.660CBM |
| | | THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | |

40'/PRSU4077247/4170371

SAY TOTAL ONE FORTY FT. CONTAINER ONLY.     FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREOF SET FORTH ON BOTH SIDES HEREOF. RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condition otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods and shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished the others to stand void.

GUANGZHOU, MAR. 8, 2007

**Place & Date of Issue:** MAR. 8, 2007
**Loaded on Board**

# EXHIBIT "M"

# COPY            AIR CITY INC.                    BILL OF L

**Shipper/Exporter:**
NANHAI ARTS AND CRAFTS I/E CO LTD OF GUANGDONG
NO 26 SOUTH 3RD GUICHENG DISTRICT, NANHAI
GUANGDONG, CHINA

**Booking No.** 
**B/L No.** ACCZ0702085A

**Consignee:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Forwarding Agent References:**
AIR-CITY INC.,
153-63 ROCKA WAY BOULEVARD.
JAMAICA, NY 11434, U.S.A.
CTC: IRENE
TEL: 1-718-949-2900  FAX: 1-718-949-2907

**Notify Party:**
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA

**Place of Receipt:**

**Exporting Carrier (Vessel):** CMA CGM HUGO V. TX323E
**Port of Loading:** YANTIAN CHINA
**Port of Discharge:** LOS ANGELES, U.S.A.
**Place of Delivery:** LOS ANGELES, U.S.A.

### Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 1×40' (FCL) S.T.C (CY/CY) SHIPPER'S LOAD, COUNT & SEAL. | |
| BROOKS FITCH STYLE NO. LOS ANGELES MADE IN CHINA C/NO. 1-UP | 2400 CARTONS | NEWBORN AND INFANT APPAREL  THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | 4890.000KGS 38.730CBM |

40'/ICSU1891063/4170194

SAY TOTAL ONE FORTY FT. CONTAINER ONLY.

FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREOF SET FORTH ON BOTH SIDES HER
RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condi
otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned o
except only the number of the packages, are those declared by the shipper and
are unknown to the carrier and shall not constitute, as against the carrier, any
part of the carrier's description of the goods which shall be deemed only
representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of
this tenor and date one of which being accomplished the others to stand void.
GUANGZHOU, MAR. 8, 2007

**Place & Date of issue:** MAR. 8, 2007
**Loaded on Board**

# EXHIBIT "N"

**COPY**            **AIR CITY INC.**            **BILL OF L**

Shipper:
C & W PROSPERITY KNITTING GARMENT FACTORY LTD
BLK C, PHASE 1, 20/F., VIGOR INDUSTRIAL BUILDING,
49-53 TA CHUEN PING ST., KWAI CHUNG, N.T. HONG KONG
CONTACT PERSON: JUDY WONG TEL: 852-24200203

Booking No. | B/L No. ACGZ0703006

Export References:

Consignee:
BANK LEUMI USA.

Forwarding Agent References:
AIR-CITY INC.,
153-63 ROCKAWAY BOULEVARD,
JAMAICA, NY 11434, U.S.A.
C/C: IRENE
TEL: 1-718-949-2900  FAX: 1-718-949-2907

Notify Party:
BROOKS FITCH APPAREL GROUP LLC.,
1370 BROADWAY STE 1200
NEW YORK, NY 10018 USA

Place of Receipt:

Exporting Carrier (Vessel):      Port of Loading:
MSC KENYA V.G710A                YANTIAN

Port of Discharge:               Place of Delivery:
NEW YORK, NY                     NEW YORK, NY

Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight |
|---|---|---|---|
| | | 1X20' (FCL) S.T.C (CY/CY)  SHIPPER'S LOAD, COUNT & SEAL. | |
| ZUSE'S DEALS P.O.CW-1710/06 STYLE NO. QTY : 1 DOZ MADE IN CHINA C/NO. | 800CTNS | NEWBORN AND INFANT APPARELS ( NEWBORN BOYS/GIRLS 60% COTTON 40% POLYESTER KNITTED CREEPER SET WITH PANTS & BIB ) STYLE NO: 3919  200 DOZ. 4919 200 DOZ. 3590  200 DOZ. 4590 200 DOZ. | 2600.000KGS  15.040CBM |

***TELEX RELEASED***

20'/GATU0800701/4110670

THIS SHIPMENT CONTAINS NO SOLID WOOD
PACKING MATERIALS

SAY TOTAL ONE TWENTY FT. CONTAINER ONLY.

FREIGHT COLLECT

Place & Date of Issue: 2007-03-16
Loaded on Board:

# EXHIBIT "O"

# COPY  AIR CITY INC.  BILL OF L

| Shipper | Booking No. | B/L No. ACGZ0703023 |
|---|---|---|
| NANHAI ARTS AND CRAFTS I/E CO LTD OF GUANGDONG<br>NO 26 SOUTH 3RD GUICHENG DISTRICT, NANHAI<br>GUANGDONG, CHINA | | Export Reference<br>AMS# ASTI755510311449 |
| Consignee<br>BROOKS FITCH APPAREL GROUP LLC.,<br>1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA | Forwarding Agent References<br>AIR-CITY INC.,<br>153-63 ROCKAWAY BOULEVARD,<br>JAMAICA, NY 11434, U.S.A.<br>CTC: IRENE<br>TEL: 1-718-949-2900  FAX: 1-718-949-2907 | |
| Notify Party<br>BROOKS FITCH APPAREL GROUP LLC.,<br>1370 BROADWAY, SUITE 1100, NEW YORK, NY 10018, USA | Domestic Routing/Export Instructions | |
| Place of Receipt | | |
| Exporting Carrier (Vessel)<br>MOL PARTNER V.022E | Port of Loading<br>YANTIAN CHINA | Onward Inland Routing |
| Port of Discharge<br>LOS ANGELES, U.S.A. | Place of Delivery<br>LOS ANGELES, U.S.A. | |

Particulars Furnished By Shipper

| Marks and Numbers | No. of Pkgs | Description of Packages and Goods | Gross Weight | |
|---|---|---|---|---|
| | | S.T.C (CFS/CFS) | | |
| BROOKS FITCH<br>STYLE NO.<br>LOS ANGELES<br>MADE IN CHINA<br>C/NO. 1-UP | 550 CARTONS | NEWBORN AND INFANT APPAREL<br><br>THIS SHIPMENT CONTAINS NO SOLID WOOD<br>PACKING MATERIALS<br><br><br>SAY TOTAL FIVE HUNDRED AND FIFTY CARTONS ONLY. | 955.000KGS | 6.300CBM |

FREIGHT COLLECT

THIS BILL OF LADING SUBJECT TO ALL THE STIPULATIONS, AGREEMENTS AND CONDITIONS HEREON SET FORTH ON BOTH SIDES HEREOF

RECEIVED from the shipper herein named, the goods or packages said to contain goods herein mentioned, in apparent good order and condition otherwise indicated, to be transported and delivered or trans-shipped on the terms herein stated and incorporated. All particulars herein mentioned except only the number of the packages, are those declared by the shipper and are unknown to the carrier and shall not constitute, as against the carrier, any part of the carrier's description of the goods. They shall be deemed only representations of the shipper except as may be otherwise provided by law.

IN WITNESS WHEREOF, the carrier has signed _____ Bills of Lading, all of this tenor and date one of which being accomplished the others to stand void.

GUANGZHOU, MAR. 12, 2007

Place & Date of Issue  MAR. 12, 2007
Loaded on Board