UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CV7315

---

AIR- CITY, INC. AND AIR- CITY (CHINA) CO.,LTD
, Plaintiff(s)

- against -

BROOKS FITCH APPAREL GROUP: BROOKS FITCH APPAREL GROUP; LLC, BROOKS FITCH HOLDINGS; LLC AND ELI SAFDIEH;
, Defendant(s)

---

State of New York    )
                     )  SS.:
County of New York   )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/27/2007 at 11:48 AM at:
    BROOKS FITCH HOLDINGS LLC
    1370 BROADWAY
    SUITE 1200
    NEW YORK NY 10018
Deponent served the:

SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT

on BROOKS FITCH HOLDINGS LLC

a domestic and/or foreign corporation
by delivering thereat a true copy to Maggie Doe
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
RECEPTIONIST and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30   HEIGHT: 5'0''   WEIGHT: 140   HAIR: BLACK   RACE: BLACK   SEX: FEMALE

Yariela Gonzales   License #1260358

SWORN TO BEFORE ME 8-29-07

OUR DOC# 19057
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
209893.000

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011