UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CV7315

---

AIR- CITY, INC. AND AIR- CITY (CHINA) CO.,LTD
, Plaintiff(s)

- against -

BROOKS FITCH APPAREL GROUP: BROOKS FITCH APPAREL GROUP; LLC, BROOKS FITCH HOLDINGS; LLC AND ELI SAFDIEH;
, Defendant(s)

---

State of New York     )
                      ) SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York.  That on 08/27/2007 at 12:00 PM at:
    ELI SAFDIEH
    1370 BROADWAY
    SUITE 1200
    NEW YORK NY 10018
Deponent served the:

SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT

on ELI SAFDIEH

a domestic and/or foreign corporation
by delivering thereat a true copy to Maggie Doe
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the RECEPTIONIST and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30   HEIGHT: 5'0''   WEIGHT: 140   HAIR: BLACK   RACE: BLACK   SEX: FEMALE

Yariela Gonzales     License #1260358

SWORN TO BEFORE ME 8-29-07

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011

OUR DOC# 19058
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
209893.000