# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

FILE No: 076985  
FILED ON: 8/16/2007   CASE NO.: 07CV7315

AIR-CITY, INC. and AIR-CITY (CHINA) CO., LTD.     Plaintiff(s)-Petitioner(s)

-vs-

BROOKS FITCH APPAREL GROUP, BROOKS FITCH APPAREL GROUP; LLC,  
BROOKS FITCH HOLDINGS; LLC and ELI SAFDIEH     Defendant(s)-Respondent(s)

STATE OF NEW YORK}  
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On  AUGUST 21, 2007           at  1:05 P.M.  
Deponent served a true copy of   SUMMONS IN A CIVIL ACTION AND COMPLAINT  
bearing index number:  07CV7315   and date of filing:   8/16/2007  
upon  BROOKS FITCH APPAREL GROUP LLC  
at address:  SECRETARY OF STATE, 41 STATE STREET  
City & State:  ALBANY, NY 12207

## MANNER OF SERVICE}

*Personal*  
☐ By delivering to and leaving with personally}  
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*  
☐ By delivering and leaving with personally}  
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*  
☒ By delivering and leaving with} **DONNA CHRISTIE**  
the agent for service on the person in this proceeding designated under Rule 303 LLC. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*  
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized           person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*  
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address  
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail  __certified mail  __registered mail  __return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:  
Sex: FEMALE        Race/Skin Color: WHITE        Hair Color: BLONDE  
Approximate Age: 46 years   Approximate Height: 5'4"   Approximate Weight: 140 pounds  
Other:

Subscribed and sworn before me on} AUGUST 21, 2007

Karen E. Rock #01R06065213           Kathryn A. Rock-McClosky       Attorney Info:        Mark E. McClosky  
Notary Public, State of New York    Commissioner of Deeds          Cozen O'Connor        Deponent  
Qualified in Schenectady County     Qualified in Schenectady County  
Commission Expires: 10/09/2009      Commission Expires: 08/27/2004

affidavit number: 200767345

FIRM FILE #19052

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  200708220046                              Cash #: 200708220046
Date of Service:  08/21/2007                          Fee Paid: $40 - CHECK
Service Company:  ████████████████████████

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  BROOKS FITCH APPAREL GROUP, LLC


Plaintiff/Petitioner:
         AIR-CITY, INC.


Service of Process Address:
BROOKS FITCH APPAREL GROUP, LLC
1370 BROADWAY / SUITE 1100
NEW YORK, NY 10018

                                                      Secretary of State
                                                      By  DONNA CHRISTIE