```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

AIR-CITY, INC. and AIR-CITY (CHINA) )
CO., LTD.                            )
                                     )        07 Civ. 7315 (HB)
              Plaintiff(s),          )
                                     )           ORDER
   - against -                       )        OF DISCONTINUANCE
                                     )
BROOKS FITCH APPAREL GROUP; BROOKS   )
FITCH APPAREL GROUP, LLC; BROOKS     )
FITCH HOLDINGS, LLC and ELI SAFDIEH; )
                                     )
              Defendant(s).          )
                                     )

This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should the settlement not be finalized by Friday, November 16, 2007, any party may apply to have the action reopened.

Dated:  New York, New York
        October 25, 2007

HAROLD BAER, JR.
U.S.D.J.

1

| | |
|---|---|
| COZEN O'CONNOR<br>Attorneys for Plaintiffs<br>AIR-CITY, INC. and AIR-CITY<br>(CHINA) CO., LTD.<br><br>By: _____<br>David Y. Loh (DL 0460)<br>45 Broadway Atrium<br>Suite 1600<br>New York, New York  10006-3792<br>212-509-9400<br>File:  209893 | KAPLAN VON OHLEN & MASSAMILLO<br>Attorneys for Defendants<br>BROOKS FITCH APPAREL GROUP;<br>BROOKS FITCH APPAREL GROUP,<br>LLC; BROOKS FITCH HOLDINGS LLC<br>and ELI SAFDIEH;<br><br>By: _____<br>Thomas J. Carulli (TC      )<br>555 Fifth Avenue<br>15th Floor<br>New York, New York  10017<br>(212) 922-0450 |